FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. | 01-CV-07079-HLH (Rzx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| ARMANDO DELOETA individually and dba PANCHO VILLA MARKET, jointly and severally | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on February 27, 2002 against defendant, **ARMANDO DELOETA individually and dba PANCHO VILLA MARKET, jointly and severally** is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $2,840.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 2,840.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 2,840.00 |
| g. Interest after judgment | 709.41 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **3,549.41** |

DATED: 2/24/12        Clerk by Lori Muraoka, Deputy Clerk
                               Deputy  U.S. District Court